# EXHIBIT C
Escrow Account Disclosure Statement

REDACTED


ESCSET

## INITIAL ESCROW ACCOUNT DISCLOSURE STATEMENT

ERVIN
Loan #:  2530
MIN:

Your monthly mortgage payment for the coming year will be $3,184.26 of which $2,454.17 will be your interest only payment and $730.09 will go into your escrow account.

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made from your account.

Starting Balance is: $620.07

| Pymt Date | Deposit | Hazard Ins. | PMI/MIP | City Tax | County Tax | Withdrawal | Balance |
|---|---|---|---|---|---|---|---|
| May | 730.09 | | 516.17 | | | 516.17 | 833.99 |
| June | 730.09 | | 516.17 | | | 516.17 | 1,047.91 |
| July | 730.09 | | 516.17 | | 834.00 | 1,350.17 | 427.83 |
| August | 730.09 | | 516.17 | | | 516.17 | 641.75 |
| September | 730.09 | | 516.17 | | | 516.17 | 855.67 |
| October | 730.09 | | 516.17 | | | 516.17 | 1,069.59 |
| November | 730.09 | | 516.17 | | | 516.17 | 1,283.51 |
| December | 730.09 | | 516.17 | | 834.00 | 1,350.17 | 663.43 |
| January | 730.09 | | 516.17 | | | 516.17 | 877.35 |
| February | 730.09 | | 516.17 | | | 516.17 | 1,091.27 |
| March | 730.09 | | 516.17 | | | 516.17 | 1,305.19 |
| April | 730.09 | | 516.17 | | | 516.17 | 1,519.11 |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Cushion selected by servicer:            $427.83

Hazard Insurance payable to:

Flood Insurance payable to:

County Tax payable to:            BALTIMORE COUNTY

PMI /MIP payable to:

School Tax payable to:

Wind/Storm/Hail payable to:

City Tax payable to:

_[signature]_  3/21/07
- BORROWER - ANDREW J. ERVIN - DATE -

26.65            Page 1 of 1


DEPOSITION EXHIBIT 16 Ervin

EXHIBIT C