# EXHIBIT M
Qualified Written Request

Andrew J. Ervin
12722 Manor Rd.
Glen Arm MD 21057-9600

November 8, 2012

Customer Request Management

NOV 13 2012

22

Chase Home Finance
PO Box 183166
Columbus OH 43218-3166

Re: Loan No. ▮▮▮▮▮▮▮                                          REDACTED

Dear Sir or Madam:

    This letter is a "qualified written request" under the Real Estate Settlement Procedures Act, codified as Section 2605(e) of Title 12 of the United States Code. I entered into a loan modification for the above loan that was signed by you on July 11, 2012. Under the loan modification my monthly payment for principal and interest for the first five years, beginning with the payment due on August 1, 2012 was $857.01. In that agreement, you stated that the escrow payment due would be $814.08 per month. I dispute that the payment of $814.08 for escrow is correct, however, I submitted the monthly payment on August 1, 2012 and have done so monthly since then. I recently received an October statement from your company. The monthly statement now claims that my payment that I sent you was short because the escrow amount for the loan was increased by you to $889.14 per month. I have not received any notice or accounting which would adjust the escrow amount and I dispute this new amount created by you. As I said above, I dispute that the $814.08 is an accurate escrow payment as well. Because you have increased the payment, based on an unjustified increase in the escrow amount, your statement says that my payment of $1,670.96 is now an unapplied balance. Then you have charged me a late fee. I dispute the late fee as well since the payment was submitted timely and in the correct amount but you have taken and failed to apply it to my account.

    As a result of your contention that the loan is now past due because of an increase in the escrow payment, I dispute your statement and the claims made therein. I want information about the costs, accounting, escrow procedures, and the application of payments in connection with this loan. Specifically, I am requesting the following:

1. A complete and itemized statement of the amounts used by you to calculate the escrow payment in connection with the loan modification.
2. A complete and itemized statement of the amounts used by you to calculate the escrow payment in connection with the new amount claimed by you on the October, 2012 statement.
3. A complete and itemized statement of all advances or charges for escrow that are not reflected on the statements provided in answer to questions #1 and #2.
4. A complete and itemized statement of the escrow account of the loan, if any, in connection with the principal balance of $525,603.09 included in the July 11, 2012 loan modification, including, but not limited to, any receipts or disbursements with respect to real estate property taxes, fire or hazard insurance, flood insurance, mortgage insurance, credit insurance, or any other insurance product.
5. A complete and itemized statement from the date of the loan to the date of this letter

EXHIBIT M



of any forced-placed insurance and expenses related thereto related in any way to this loan.

6. A complete and itemized statement from the date of the loan to the date of this letter of any suspense account entries and/or any corporate advance entries related in any way to this loan.

7. A complete and itemized statement from the date of the loan to the date of this letter of any property inspection charges and/or appraisal charges related in any way to this loan.

8. A complete and itemized statement from the date of the loan to the date of this letter of any attorney fees and/or other professional fees or charges related in any way to this loan.

9. A complete and itemized statement of the status of payments upon this loan as of the date of this letter.

10. A complete and itemized statement of any late charges to this loan from the date of this loan to the date of this letter.

11. The name and address of the current holder of the Promissory Note evidencing this loan.

12. The name and address of any Trustee under any pooling or servicing agreement related to this loan.

13. The name and address of any servicer, sub-servicer, or special servicer with respect to this loan.

14. A complete and itemized statement from the date of the loan to the date of this letter of any fees incurred to modify, extend, or amend the loan or to defer any payment due under the terms of the loan.

I will seek the recovery of damages, costs, and reasonable legal fees for each failure to comply with items 1 and 14 herein as well as any other claims I may have for your demanding payment for something I do not owe and failing to abide by the loan modification. I also reserve the right to seek statutory damages of $1,000.00 for each violation of any part of Section 2605 of Title 12 of the United States Code.

Yours truly,

Andrew J. Ervin